IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

Sara Dickerson, )
)
     Appellant, )
)
    v. ) C.A. No. S23A-10-001 MHC
)
Sahaj Anand Rehoboth Hospitality & )
Unemployment Insurance )
Appeals Board, )
)
     Appellee. )
)

## ORDER

Submitted: May 2, 2024
Decided: May 2, 2024

On Appeal from The Unemployment Insurance Appeals Board,
**REMANDED.**

Victoria Counihan, Deputy Attorney General; Matthew Frawley, Deputy Attorney General, Attorneys for Plaintiff

Sara Dickerson, *Pro Se*

**CONNER, J.**

Now this 2nd day of May, 2024, after careful consideration of the parties' briefs, record on appeal and following oral argument, the Court concludes the matter must be remanded for Sara Dickerson to have the opportunity to challenge whether she is eligible for unemployment benefits in case numbers 61193737, 67091114 and 670991116.  The Department of Labor, Division of Unemployment Insurance shall provide clear notice to Ms. Dickerson as to the next steps to perfect this appeal of her eligibility.

**NOW, THEREFORE, IT IS ORDERED** that the Decision of the Unemployment Insurance Appeal Board is **REVERSED** consistent with this **ORDER**.

/s/ Mark H. Conner
Mark H. Conner, Judge

xc: Prothonotary